DANIEL J. BRODERICK, Bar #89424
Federal Defender
PEGGY SASSO, Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
PEDRO IRIZARRY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PEDRO IRIZARRY,<br><br>　　　　　Defendant. | NO. 6:11-MJ-00169 MJS<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER<br><br>Date:  March 6, 2012<br>Time:  1:30 p.m.<br>Judge: Hon. Michael J. Seng |

**IT IS HEREBY STIPULATED** by and between the parties hereto and through their respective attorneys, that the status conference hearing in the above-captioned matter now scheduled for February 22, 2012, **may be continued to March 6, 2012, at 1:30 p.m.**

This continuance is requested by defense counsel. On February 22, 2012, Defendant has several connecting flights, and defense counsel is concerned that he will not land in time to make a call to the Court to enter his change of plea. The government does not object to this request. The requested continuance will conserve time and resources for all parties and the court.

///

///

///

///

///

BENJAMIN B. WAGNER
United States Attorney

DATED: February 16, 2012         /s/ Susan St. Vincent
                                 SUSAN ST. VINCENT
                                 Acting Legal Officer
                                 National Park Service


DANIEL J. BRODERICK
Federal Defender

DATED: February 16, 2012         /s/ Peggy Sasso
                                 PEGGY SASSO
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 Pedro Irizarry


## ORDER

The Court, having reviewed the above request for a continuance of the status conference currently set for February 22, 2012 until March 6, 2012, HEREBY ORDERS AS FOLLOWS:

    The status conference in the above-entitled matter shall be continued to March 6, 2012 at 1:30 p.m., at the Yosemite Court.

IT IS SO ORDERED.

Dated:   February 17, 2012         /s/ Michael J. Seng
                                   UNITED STATES MAGISTRATE JUDGE

Irizarry - Stipulation to Continue
Status Conference and Order